Samuel H. Anschell, appellant, v. Sig. J. Rice, appellee. Gen. No. 34,294.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Wolfsohn & Fireman, for appellant. Martin M. Ward, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Samuel H. Anschell, appellant, v. Sig. J. Rice, appellee. Gen. No. 34,295.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Wolfsohn & Fireman, for appellant. Martin M. Ward, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Victor E. Krajci, defendant in error, v. Carl Doscotch et al., plaintiffs in error. Gen. No. 33,951.

Heard in the second division of this court for the first district at the December term, 1929. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Corinne L. Rice, Simpson & Baker and Alvin Glen Hubbard, for certain plaintiffs in error. No appearance for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Louis B. Harris, appellee, v. C. W. Schuppenhauer, appellant. Gen. No. 34,131.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Cheney, Evans & Peterson, for appellant; Albert Peterson, of counsel. Perlman, Goodman & Scolnik, for appellee; Bernard T. Hecht, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

L. Stahl, appellee, v. The Chicago Custom Garment Company, Inc., appellant. Gen. No. 34,140.

Heard in the